JS-6

1   BERT H. DEIXLER, SBN 070614
        e-mail:  bdeixler@proskauer.com
2   NAVID SOLEYMANI, SBN 219190
        e-mail:  nsoleymani@proskauer.com
3   PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
4   Los Angeles, CA  90067-3206
    Telephone:  (310) 557-2900
5   Facsimile:   (310) 557-2193

6   BRENDAN J. O'ROURKE (admitted *pro hac vice*)
        e-mail:  borourke@proskauer.com
7   PROSKAUER ROSE LLP
    1585 Broadway
8   New York, NY 10036-8299
    Telephone:  (212) 969-3000
9   Facsimile:   (212) 969-2900

10

    Attorneys for Plaintiff Edmunds.com, Inc.
11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14

15  EDMUNDS.COM, INC., a New York      )   Case No. CV 09-09181 VBF (Ex)
    corporation,                        )
16                                      )   Hon. Valerie Baker Fairbank
                     Plaintiff,         )
17                                      )
              v.                        )   [PROPOSED] ORDER OF
18                                      )   DISMISSAL
    TRUECAR, INC., a Delaware           )
19  corporation,                        )
                                        )
20                   Defendants.        )
                                        )
21

22

23

24

25

26  ///

27  ///

28  ///

7079/26216-009
Current/19351485

1        Upon consideration of the parties' Stipulation of Dismissal, and good cause

2  appearing, it is hereby ORDERED that the above-captioned action, in its entirety,

3  including all claims and counterclaims, hereby is dismissed with prejudice pursuant

4  to FRCP 41(a)(1) and (c).  Each party shall bear its own costs and attorney fees.

5

6  DATED:  6-15-10              *Valerie Baker Fairbank*

                                      The Honorable Valerie Baker Fairbank

7                                      Judge of the District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28